DG:ajw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20602-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

WILTER BLANCO-RUIZ,

      Defendant,
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel on behalf of the United States regarding issues of criminal forfeiture in this cause.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   s/Daren Grove
    Daren Grove (Court No. A5501243)
    Assistant United States Attorney
    E-mail: daren.grove@usdoj.gov
    99 NE 4th Street - 7th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9294
    Facsimile: (305) 536-7599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2016, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                                                                  s/*Daren Grove*
                                                                                  Daren Grove
                                                                                  Assistant United States Attorney