UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CR-20602-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

WILTER BLANCO RUIZ,

      Defendant.
_____/

## MOTION TO STRIKE

**COMES NOW** the Defendant, WILTER BLANCO RUIZ, by and through his undersigned counsel and hereby respectfully moves this Honorable Court to strike sub-paragraph 1 of page 7 of the Defendant's Response to the Presentence Investigation Report and Request for an Alternative Sentence, Docket Entry Number 28 and in support of this Motion would show unto this court as follows:

1. The undersigned counsel wishes to strike from the record sub-paragraph 1 of page 7 of the Defendant's Response to the Presentence Investigation Report and Request for an Alternative Sentence which states as follows:

"As time went by, Mr. Blanco-Ruiz became more involved and subcontracted with the owners of air strips in Honduras to receive small airplanes with cocaine from Colombian traffickers for re-sale in Honduras which ultimately made its way to Guatemala, Mexico and ultimately into the United States. Once the airstrip owner was paid for the use of the airstrip and the payments made to have the cocaine transported to the delivery point, Mr. Blanco-Ruiz realized less than 4% of the value of the contraband".

2. The undersigned counsel inadvertently placed that paragraph in the previous pleading and wishes to strike it from the record herein.

Respectfully submitted,

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
990 Biscayne Blvd., Suite O903
Miami, FL 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: vicrocha@comcast.net

BY:  _/s/ Victor E. Rocha, Esq._
       Victor E. Rocha, Esq.
       Florida Bar Number: 366382

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing instrument was filed with the Clerk of the Court on this 15th day of August, 2017.

Respectfully Submitted,

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
990 Biscayne Blvd., Suite O903
Miami, FL 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: vicrocha@comcast.net

BY:  */s/ Victor E. Rocha, Esq.*
       Victor E. Rocha, Esq.
       Florida Bar Number: 366382